FILED
CLERK, U.S. DISTRICT COURT

June 8, 2015

CENTRAL DISTRICT OF CALIFORNIA
BY: ___TS___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ALPHONSO L. WALLACE,<br><br>    Petitioner,<br><br>    v.<br><br>G.D. LEWIS, Warden,<br><br>    Respondent. | No. CV 13-4623-DMG (DFM)<br><br>Order Accepting Findings and Recommendation of United States Magistrate Judge |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, Petitioner's Motion to Amend, the other records on file herein, and the Final Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the findings and recommendation of the Magistrate Judge.

///
///
///
///
///

1  IT IS THEREFORE ORDERED that Petitioner's Motion to Amend is
2  DENIED.
3
4  DATED:  June 8, 2015
5                                            _____
6                                            DOLLY M. GEE
                                              United States District Judge

2