1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   CENTRAL DISTRICT OF CALIFORNIA
10                         WESTERN DIVISION

11  ALPHONSO L. WALLACE,              ) Case No. CV 13-04623-DMG (DFM)
12          Petitioner,                )
                                       ) Order Accepting Findings and
13          v.                         ) Recommendation of United States
                                       ) Magistrate Judge
14  G.D. LEWIS, Warden,                )
15          Respondent.                )
16                                     )

17
18       Pursuant to 28 U.S.C. § 636, the Court has reviewed the petition, the
19  other records on file herein, and the Report and Recommendation of the
20  United States Magistrate Judge. Further, the Court has engaged in a de novo
21  review of those portions of the Report and Recommendation to which
22  objections have been made. The Court accepts the findings and
23  recommendation of the Magistrate Judge.
24  ///
25  ///
26  ///
27  ///
28  ///

IT IS THEREFORE ORDERED that Judgment be entered denying the petition and dismissing this action with prejudice.

DATED: February 21. 2017

_____
DOLLY M. GEE
United States District Judge