JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ALPHONSO L. WALLACE,<br>　　　　Petitioner,<br>　　　v.<br>G.D. LEWIS, Warden,<br>　　　　Respondent. | Case No. CV 13-04623-DMG (DFM)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

DATED: February 21, 2017

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　DOLLY M. GEE
　　　　　　　　　　　　　　　　United States District Judge